## Claims Proposed Distribution

Case:  07-50519   LEDOUX, MISTY L.

Report Includes ONLY Claims with a Proposed Distribution

**RECEIVED 2011 MAR -9 AM 9:12  U.S. BANKRUPTCY COURT DULUTH MN**

| Case Balance: | $1,900.30 | Total Proposed Payment: | $1,900.30 | Remaining Balance: | $0.00 | |
|---|---|---|---|---|---|---|
| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
| | ROBERT R. KANUIT | Admin Ch. 7 | 475.08 | 475.08 | 0.00 | 475.08 | 475.08 | 1,425.22 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| 1 | eCAST Settlement Corporation | Unsecured | 458.46 | 348.38 | 0.00 | 348.38 | 17.44 | 1,407.78 |
| 2 | Portfolio Recovery Associates, LLC | Unsecured | 1,956.52 | 1,512.22 | 0.00 | 1,512.22 | 75.71 | 1,332.07 |
| 3U | INTERNAL REVENUE SERVICE | Unsecured | 65.87 | 49.93 | 0.00 | 49.93 | 2.50 | 1,329.57 |
| 4 | eCAST Settlement Corporation | Unsecured | 5,323.60 | 4,114.69 | 0.00 | 4,114.69 | 206.01 | 1,123.56 |
| 5 | Roundup Funding, LLC | Unsecured | 368.67 | 277.64 | 0.00 | 277.64 | 13.90 | 1,109.66 |
| 6 | US DEPARTMENT OF EDUCATION | Unsecured | 14,649.61 | 11,339.21 | 0.00 | 11,339.21 | 567.71 | 541.95 |
| 7 | CHASE BANK USA NA | Unsecured | 374.29 | 281.93 | 0.00 | 281.93 | 14.12 | 527.83 |
| 8 | LVNV Funding LLC its successors and assigns as | Unsecured | 4,361.20 | 3,370.84 | 0.00 | 3,370.84 | 168.76 | 359.07 |
| 9 | B-Real, LLC | Unsecured | 3,143.11 | 2,429.36 | 0.00 | 2,429.36 | 121.63 | 237.44 |
| 10 | eCAST Settlement Corporation assignee of | Unsecured | 1,766.22 | 1,351.68 | 0.00 | 1,351.68 | 67.67 | 169.77 |
| 12 | DULUTH CLINIC - DULUTH | Unsecured | 1,692.53 | 1,490.76 | 0.00 | 1,490.76 | 74.64 | 95.13 |
| 13 | PYOD LLC its successors and assigns as assignee of | Unsecured | 1,900.00 | 1,900.00 | 0.00 | 1,900.00 | 95.13 | 0.00 |
| | Total for Case 07-50519 : | | $36,535.16 | $28,941.72 | $0.00 | $28,941.72 | $1,900.30 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $475.08 | $475.08 | $0.00 | $475.08 | 100.000000% |
| Total Unsecured Claims : | $36,060.08 | $28,466.64 | $0.00 | $1,425.22 | 5.006632% |

